# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1025. KYRON LESLIE v. EXPERIAN INFORMATION SOLUTIONS, INC.

This case began in magistrate court, which found in August 2023 that plaintiff Kyron Leslie and defendant Experian Information Solutions, Inc. had reached a binding settlement agreement. Leslie sought review of that judgment in state court. In April 2024, the trial court affirmed, ruling that the parties' agreement was valid and enforceable. In September 2024, the trial court entered an order granting Experian's motion to compel Leslie's compliance with the settlement agreement and granting non-party I. Q. Data's motion to quash a subpoena Leslie had promulgated. From that order, Leslie filed this direct appeal. We, however, lack jurisdiction.

Pretermitting whether the trial court's order was a final one subject to direct review, see OCGA § 5-6-34 (a), because the appeal to this Court arises from the state court's de novo review of a magistrate court ruling, Leslie was required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (11); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257,

257 (471 SE2d 60) (1996). Leslie's failure to file a discretionary application deprives us of jurisdiction, and, accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/19/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*